**Opinion filed August 30, 2024**



## In The

# Eleventh Court of Appeals

_____

### No. 11-23-00090-CR

_____

## JOHN TOWMEY A/K/A JOHN TWOMEY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 35th District Court**
**Brown County, Texas**
**Trial Court Cause No. CR28761**

### M E M O R A N D U M   O P I N I O N

John Towmey a/k/a John Twomey, Appellant, pled guilty to three charges: one first-degree felony offense of aggravated sexual assault, and two second-degree felony offenses of sexual assault.[1] *See* TEX. PENAL CODE ANN. § 22.011 (West Supp.

---

[1]Appellant was also convicted on the same day of two counts of aggravated kidnapping in a separate cause number, which is the subject of the appeal in our cause No. 11-23-00089-CR.

2023), § 22.021 (West 2019). Appellant signed a judicial confession admitting to all allegations for all three offenses and was properly admonished by the trial court. The trial court accepted Appellant's pleas of guilty and, following a punishment hearing, found Appellant guilty. The trial court assessed Appellant's punishment at imprisonment for life in the Institutional Division of the Texas Department of Criminal Justice for the aggravated-sexual-assault conviction, and imprisonment for a term of twenty years for each of the sexual-assault convictions. The trial court ordered the sentences to run concurrently. *See* CRIM. PROC. art. 42.08(a) (West Supp. 2023).

Appellant's court-appointed counsel has filed in this court a motion to withdraw. The motion is supported by a brief in which counsel professionally and conscientiously examines the record and applicable law and concludes that there are no arguable issues to present on appeal. Counsel provided Appellant with a copy of the brief, a copy of the motion to withdraw, an explanatory letter, and a copy of the complete appellate record. Counsel advised Appellant of his right to review the record and file a pro se response to counsel's brief, and of his right to file a petition for discretionary review. *See* TEX. R. APP. P. 68. Court-appointed counsel has complied with the requirements of *Anders v. California*, 386 U.S. 738 (1967); *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008); and *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991).

Appellant has not filed a response to counsel's Anders brief. Following the procedures outlined in *Anders* and *Schulman*, we have independently reviewed the record, and we agree with counsel that no arguable grounds for appeal exist.[2]

---

[2]We note that Appellant has a right to file a petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure.

We grant counsel's motion to withdraw, and we affirm the judgment of the trial court.


W. BRUCE WILLIAMS

JUSTICE


August 30, 2024

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.